## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEDAL MORAD and ASHRAF MUSLEH | : | CIVIL ACTION |
| | : | |
| Plaintiffs | : | |
| v. | : | NO. 1:13-cv-03008-SHR |
| | : | |
| MICHAEL MAXWELL and OLD DOMINION | : | |
| FREIGHT LINE, INC. And OLD DOMINION | : | |
| FREIGHT | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants | | |

### ORDER

**AND NOW**, this __8th__ day of ___January___, 2014, upon consideration of Defendants Old Dominion Freight Line, Inc. and Old Dominion Freight's Motion for Remand, and any response thereto, it is hereby **ORDERED** and **DECREED** that Defendants Old Dominion Freight Line, Inc. and Old Dominion Freight's Motion is **GRANTED**.  It is further **ORDERED** and **DECREED** that this matter is remanded to the Cumberland Court of Common Pleas for all future proceedings.

BY THE COURT:

s/Sylvia H. Rambo
_____
                                    J.

{00760141;v1}